**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Oral Health America** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-2382334** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **180 N. Michigan Ave.**<br>**Suite 1150**<br>**Chicago, IL 60601**<br>Number, Street, City, State & ZIP Code | **2655 Millersport Hwy**<br>**PO Box 865**<br>**Getzville, NY 14068**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | Location of principal assets, if different from principal place of business |
| * Through February 2019. | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)     **www.oralhealthamerica.com; www.oha-chi.org**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Oral Health America | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___8133___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | District | | When | | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    **Oral Health America**
_____
Name                                                            Case number (*if known*) _____

---

**11. Why is the case filed in**
**this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of**
**available funds**
                        .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Oral Health America**
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 14, 2020**
MM / DD / YYYY

X **/s/ Fotinos Panagakos**                     **Fotinos Panagakos**
Signature of authorized representative of debtor     Printed name

Title   **Treasurer**

---

**18. Signature of attorney**

X **/s/ N. Neville Reid**                     Date **February 14, 2020**
Signature of attorney for debtor                     MM / DD / YYYY

**N. Neville Reid**
Printed name

**Fox Swibel Levin & Carroll LLP**
Firm name

**200 W. Madison St.**
**Suite 3000**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 224-1200**      Email address   **nreid@foxswibel.com**

**6195837 IL**
Bar number and State

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

**Fill in this information to identify the case:**

Debtor name      **Oral Health America**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2020**          X **/s/ Fotinos Panagakos**
                                                    Signature of individual signing on behalf of debtor

                                                    **Fotinos Panagakos**
                                                    Printed name

                                                    **Treasurer**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Oral Health America**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................   $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................   $     **882,000.79**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................   $     **882,000.79**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **950,998.00**

4.   **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b     $     **950,998.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       **Oral Health America**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Operating Account | 4261 | $0.00 |
| 3.2. | Chase Bank | Money Market | 9587 | $5.36 |

4.  **Other cash equivalents** *(Identify all)*
    **Chase Bank Restricted Reserve Account #1008**

| 4.1. | See Addendum Attached. | | | $870,242.43 |
|---|---|---|---|---|

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $870,247.79 |

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

| Debtor | **Oral Health America** | Case number *(If known)* |
|---|---|---|
| | Name | |

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desks, chairs, file cabinets** | **$7,925.00** | **Judgmental-Aband** | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Laptop computers (in storage facility)** | **$19,361.00** | **Judgmental (25%)** | **$4,840.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$4,840.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Oral Health America** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold improvements** | | $11,623.00 | Judgmental-Aband | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**"Oral Health America" "Campaign For Oral Health Equity" "Smiles Across America" "Wisdom Tooth Project" "Tooth Wisdom: Get Smart About Your Mouth" "A State Of Decay"** | Unknown | | $0.00 |
| 61. **Internet domain names and websites**<br>**oralhealthamerica.org, oha-chi.org, toothwisdom.org** | Unknown | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Oral Health America** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Donor list and Oral Health partner list | **Unknown** | $0.00 |

| | | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| 66. | **Total of Part 10.** | | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 71. | **Notes receivable** | | | | |
| | Description (include name of obligor) | | | | |
| | **Thomas Mesich** | 6,913.00 | - | 0.00 | = | $6,913.00 |
| | | Total face amount | | doubtful or uncollectible amount | | |

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| | **Whiteley Memorial Foundation** | **Unknown** |

| | | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Oral Health America**
Name

Case number *(If known)* _____

country club membership

| 78. | **Total of Part 11.** | $6,913.00 |
|-----|----------------------|-----------|
|     | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    **Oral Health America**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $870,247.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,840.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,913.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $882,000.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $882,000.79 |

Addendum to Form 206 A/B-Question 4.1:


The amounts reflected here are identified as "restricted" because the Debtor has historically treated the accounts pursuant to donor-imposed restrictions on the accounts, and the accounts may be subject to Illinois charitable trust law restricting uses of the funds for general purposes.  Furthermore, certain parties have informed the Debtor that they claim ownership of certain of the funds on deposit at Chase as trust funds held for their benefit.  Upon the analysis and advice of its special counsel, the Debtor does not take a position as to whether the Chase funds are not property of the bankruptcy estate, nor whether specific third parties may have a successor or other interest in the Chase funds, but instead defers to the judgment of the Illinois Attorney General, who is entitled to notice of the bankruptcy petition under 760 ILCS 55/15.5, the bankruptcy trustee, and the Bankruptcy Court as to the final resolution of such ownership issues.

**Fill in this information to identify the case:**

Debtor name **Oral Health America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Oral Health America**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $4,240.00 |
|  | **A.G. Kaffes & Associates LLC**<br>**1909 Q Street NW, Suite 400**<br>**Washington, DC 20009** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __01/15/19__<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |  |
| **3.2** | Nonpriority creditor's name and mailing address | $9,000.00 |
|  | **Arizona Board of Regents, Universit**<br>**Cochise Cty. Cooperative Extension**<br>**1140 N. Colombo Ave.**<br>**Sierra Vista, AZ 85635** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __08/03/18-09/14/18__<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |  |
| **3.3** | Nonpriority creditor's name and mailing address | $69.78 |
|  | **Arkadin, Inc.**<br>**Attn: Accounts Receivable**<br>**P.O. Box 347261**<br>**Pittsburgh, PA 15251** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __08/03/18-09/28/19__<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |  |
| **3.4** | Nonpriority creditor's name and mailing address | $1,487.50 |
|  | **Better Business Bureau**<br>**330 N. Wabash Ave. Ste. 3120**<br>**Chicago, IL 60611** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date(s) debt was incurred __04/06/18__<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,304.80 |
|---|---|---|---|

**Blackbaud, Inc.**
P.O. Box 930256
Atlanta, GA 31193

Date(s) debt was incurred  11/30/18-01/23/19

Last 4 digits of account number  0653

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,000.00 |
|---|---|---|---|

**Board of Regents NSHE**
4505 Maryland Parkway, Box 451055
Las Vegas, NV 89155

Date(s) debt was incurred  08/28/18-12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,218.99 |
|---|---|---|---|

**Chase Bank**
10 N. Dearborn St.
Chicago, IL 60603

Date(s) debt was incurred  10/30/18-02/28/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,580.00 |
|---|---|---|---|

**Child Care Exchange**
**Dimensions Educational Research Fdn**
7700 A Street
Lincoln, NE 68510

Date(s) debt was incurred  09/05/18-11/05/18

Last 4 digits of account number  3875

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**Children's Dental Services**
636 Broadway St. , NE
Minneapolis, MN 55413

Date(s) debt was incurred  08/03/19-09/19/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Children's Leadership Council**
1200 18th ST. NW Suite 400
Washington, DC 20036

Date(s) debt was incurred  08/07/18-12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Collier Health Services Inc.,**
**BDA Healthcare Network of SWFL**
3555 Kraft Road, Suite 100
Naples, FL 34105

Date(s) debt was incurred  12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,557.10 |
|---|---|---|---|
| | **Comcast**<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/15/18-01/15/19 | Basis for the claim: _ | |
| | Last 4 digits of account number  6550 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|
| | **Crescendo Interactive, Inc.**<br>110 Camino Ruiz<br>Camarillo, CA 93012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/07/18-12/31/18 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.50 |
|---|---|---|---|
| | **CT Corporation**<br>P.O. Box 4349<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  08/29/18-09/01/18 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.69 |
|---|---|---|---|
| | **Cyndi Schu**<br>5633 N. Prospect Ave.<br>Chicago, IL 60631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/05/18-12/10/18 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,444.86 |
|---|---|---|---|
| | **De Lage Landen Financial Services**<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/20/18-01/20/19 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,210.27 |
|---|---|---|---|
| | **DiMeo Schneider & Asscociates, LLC**<br>Attn: Accounts Receivable<br>500 W. Madison St., Suite 1700<br>Chicago, IL 60661 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  09/13/18-12/31/18 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,349.60 |
|---|---|---|---|
| | **Entara Corporation**<br>190 S. LaSalle St., Suite 3800<br>Chicago, IL 60603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/01/18-01/01/19 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.53 |
|---|---|---|---|

**Euclid Managers**
**234 Spring Lake Drive**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/18-12/31/18

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,046.00 |
|---|---|---|---|

**Frost Chicago**
**830 W. 40th Street**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/18

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Future Smiles**
**3074 Arville Street**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/19/18

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Healthy Smiles Mobile**
**Dental Foundation**
**4186 West Swift Ave., #108**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/19/18

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.10 |
|---|---|---|---|

**Innovative Neworks LLC**
**55 East Jackson Blvd. Ste 415**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/15/18 - 01/15/19

Basis for the claim:  _

Last 4 digits of account number  3427

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,564.90 |
|---|---|---|---|

**iWave**
**28 Hillstrom Avenue**
**Charlottetown, PE**
**Canada C1E 2C5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/02/18

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232.00 |
|---|---|---|---|

**Key Analytics and Consulting, LLC**
**P.O. Box 357724**
**Gainesville, FL 32635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/03/18-01/28/19

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oral Health America | Case number (if known) |
|---|---|---|
| | Name | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|
| | **Kids Smiles, Inc.**<br>**512 Township Line Road**<br>**3 Valley Square Suite 301**<br>**Blue Bell, PA 19422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/31/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|
| | **Kids Smiles, Inc.**<br>**512 Township Line Road**<br>**3 Valley Square Suite 301**<br>**Blue Bell, PA 19422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/03/18-09/14/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|
| | **KinderSmile Foundation**<br>**10 Broad Street**<br>**Bloomfield, NJ 07003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/03/18-09/14/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.35 |
|---|---|---|---|
| | **Liz Kelly**<br>**3647 N. Bosworth Ave.**<br>**Chicago, IL 60613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/28/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.39 |
|---|---|---|---|
| | **Lori Gross**<br>**9725 S. Pulaski Rd.**<br>**Evergreen Park, IL 60805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/04/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203,213.94 |
|---|---|---|---|
| | **Marketing for Change Co.**<br>**117 S. Gadsden Street**<br>**Tallahassee, FL 32301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/01/18-12/31/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |
|---|---|---|---|
| | **Matthew Warren**<br>**5410 W. Main St.**<br>**P.O. Box 261**<br>**Monee, IL 60449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/30/18** | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Metropolitan Area Agency on Aging**
2365 North McKnight Road
Saint Paul, MN 55109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/04/18

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,610.96**

**Michigan - 180 Property LLC**
c/o Marc Realty
75 Remittance Drive, Suite 1852
Chicago, IL 60675-1852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/20/18-02/01/19

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Morgan Birge & Associates, Inc.**
119 West Hubbard Street, Suite 4W
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/21/18-01/23/19

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00**

**Oral Health Forum**
P.O. Box 35129
Elmwood Park, IL 60707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/03/18-09/14/18

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Paramount Technologies, Inc.**
1374 East West Maples Road
Walled Lake, MI 48390-3765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/16/18-12/31/18

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$548.26**

**Pitney Bowes**
**Global Financial Services LLC**
P.O. Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/01/18-01/05/19

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00**

**Prairie State College, Dental Hygie**
202 S. Halsted Street
Chicago Heights, IL 60411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/04/18

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,810.08**

**Premier Print Group**
3104 Farber Drive
Champaign, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/26/18-11/30/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$383.51**

**ReadyRefresh by Nestle**
P.O. Box 856680
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/24/18-12/14/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,879.13**

**Reliance Standard Life Insurance Co**
P.O. Box 3124
Southeastern, PA 19398-3125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/01/18-01/01/19

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**RMHC of Bismarck, ND**
Care Mobile of North Dakota
P.O. Box 7323
Bismarck, ND 58507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Ronald McDonald House**
Charities of Arkansas
1501 W. 10th St.
Little Rock, AR 72202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Ronald McDonald House**
Charities Bay Area
520 Sand Hill Road
Palo Alto, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Ronald McDonald House**
Charities in Omaha, Inc.
620 South 38th Avenue
Omaha, NE 68105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/18

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Oral Health America** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Ronald McDonald House Charities of Eastern New England**
3 Industrial Drive, Unit 6
Windham, NH 03087

Date(s) debt was incurred  12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Ronald McDonald House Charities of Greater Las Vegas**
2323 Postosi Street
Las Vegas, NV 89146

Date(s) debt was incurred  12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Ronald McDonald House Charities of Greater Houston/Galves**
2525 Robinhood, Suite 1100
Houston, TX 77005

Date(s) debt was incurred  12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Ronald McDonald House Charities Burlington, VT**
16 South Winooski Avenue
Burlington, VT 05401

Date(s) debt was incurred  12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,585.00 |
|---|---|---|---|

**Ronald McDonald House Charities**
110 N. Carpenter St.
Chicago, IL 60607

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.49 |
|---|---|---|---|

**Root & Stem Catering & Events**
2941 Fairview Park Drive #110
Falls Church, VA 22042

Date(s) debt was incurred  10/03/18-12/31/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,710.00 |
|---|---|---|---|

**Soldier Field/SMG**
1411 Museum Campus Drive Gate 14
Chicago, IL 60605

Date(s) debt was incurred  01/11/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**St. Christopher's Foundation for Children Community Oral Health Init**
1800 JFK Blvd., Suite 1550
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/18__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,248.74 |
|---|---|---|---|

**The Hartford**
P.O. Box 660916
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/10/18-01/01/19__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**The Research Foundation for the State of New York**
P.O. Box 9
Albany, NY 12201-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/10/18-08/03/18__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,247.50 |
|---|---|---|---|

**Titus Talent Strategies, LLC**
P.O. Box 88941
Milwaukee, WI 53288-0942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/30/18-09/07/18__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.88 |
|---|---|---|---|

**United States Postal Service**
PO Box 4330
Chicago, IL 60680-4330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/15/18__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**University Hospitals Cleveland Med Rainbow Babies & Childrens Hospital**
11100 Euclid Ave., M/S MCCO-5062
Cleveland, OH 44106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/22/18-11/01/18__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**University Hospitals Health System RB&CH - 11100 Euclid Avenue**
Mailstop MCCO-5062
Cleveland, OH 44106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/18__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Oral Health America** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,674.12 |
|---|---|---|---|

**Vern Broders**
**1434 N. Astor Street**
**Chicago, IL 60610**

Date(s) debt was incurred  09/26/18-12/30/19

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.43 |
|---|---|---|---|

**Veronica Wellons**
**9041 S. Harvard**
**Chicago, IL 60620**

Date(s) debt was incurred  10/26/18

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $272.00 |
|---|---|---|---|

**Wagenmaker & Oberly**
**53 W. Jackson Blvd., Suite 1734**
**Chicago, IL 60604**

Date(s) debt was incurred  10/31/18-12/03/18

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.60 |
|---|---|---|---|

**Worldwide Express**
**29228 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  01/09/19-01/16/19

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 950,998.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 950,998.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Oral Health America**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | |
|  **Supplier: Impact Networking LLC 13875 W. Boulton Blvd Lake Forest, IL 60045** | |
|  State the term remaining  **Until January 31, 2022** | **Konica/Minolta DLL Financial Services PO Box 41602 Philadelphia, PA 19101-1602** |
|  List the contract number of any government contract _____ | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | |
|  State the term remaining  **Until May 31, 2023** | **Michigan - 180 Property LLC c/o Marc Realty 75 Remittance Drive, Suite 1852 Chicago, IL 60675-1852** |
|  List the contract number of any government contract _____ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oral Health America**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ Street _____ City  State  Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ City  State  Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ City  State  Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ City  State  Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Oral Health America**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,828,552.00** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$2,542,708.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Investment Income** | **$0.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Investment Income** | **$90,921.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Oral Health America**                                   Case number *(if known)* _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Investment Income** | **$-120,688.00** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | **Investment Income** | **$51,718.00** |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Vern Broders**<br>**1434 N Astor St**<br>**Chicago, IL 60610** | **11/1/2019** | **$9,555.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Accounting Services** |
| 3.2.   **ADP Payroll Fees**<br>**209 W Jackson Blvd**<br>**Chicago, IL 60606** | **11/1/2019** | **$49.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll servicces maintenance** |
| 3.3.   **ADP Payroll Fees**<br>**209 W Jackson Blvd**<br>**Chicago, IL 60606** | **11/1/2019** | **$91.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll servicces maintenance** |
| 3.4.   **Bankcard Monthly Fees**<br>**1573 S Telegraph Rd**<br>**Bloomfield Hills, MI 48302** | **11/4/2019** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card merchant account maintenance** |
| 3.5.   **Bankcard Monthly Fees**<br>**1573 S Telegraph Rd**<br>**Bloomfield Hills, MI 48302** | **11/5/2019** | **$24.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card merchant account maintenance** |

Debtor **Oral Health America** _____ Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. **Account Analysis Settlement Charge** **10 S Dearborn St** **Chicago, IL 60603** | 11/15/2019 | $159.07 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Chase Bank Monthly Bank Fees** |
| 3.7. **ADP Payroll Fees** **209 W Jackson Blvd** **Chicago, IL 60606** | 11/29/2019 | $49.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Payroll servicces maintenance** |
| 3.8. **Bankcard Monthly Fees** **1573 S Telegraph Rd** **Bloomfield Hills, MI 48302** | 12/2/2019 | $10.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Credit card merchant account maintenance** |
| 3.9. **Merchant BankCard Fees** **Blackbaud Merchant Services** **2000 Daniel Island Drive** **Charleston, SC 29492-7541** | 12/3/2019 | $24.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Credit card merchant account maintenance** |
| 3.10. **ADP Payroll Fees** **209 W Jackson Blvd** **Chicago, IL 60606** | 12/6/2019 | $96.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Payroll servicces maintenance** |
| 3.11. **Account Analysis Settlement Charge** **10 S Dearborn St** **Chicago, IL 60603** | 12/16/2019 | $156.70 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Chase Bank Monthly Bank Fees** |
| 3.12. **Bankcard Monthly Fees** **Bloomfield Hills, MI 48302** | 1/2/2020 | $10.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Credit card merchant account maintenance** |

Debtor    **Oral Health America**                                            Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.13. | **ADP Payroll Fees**<br>**209 W. Jackson Blvd.**<br>**Chicago, IL 60606** | **1/3/2020** | **$49.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll Services**<br>**Maintenance** |
| 3.14. | **Merchant BankCard Fees**<br>**Blackbaud Merchant Services**<br>**2000 Daniel Island Drive**<br>**Charleston, SC 29492-7541** | **1/3/2020** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **24.95** |
| 3.15. | **Returned Check** | **1/10/2020** | **$100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Returned Donation**<br>**deposited by mistake** |
| 3.16. | **Account Analysis Settlement Charge**<br>**10 S. Dearborn St.**<br>**Chicago, IL 60603** | | **$155.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Chase Bank Monthly**<br>**Fee** |
| 3.17. | **Vern Broders**<br>**1434 N Astor Street**<br>**Chicago, IL 60610** | **1/28/2020** | **$11,849.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Accounting Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Oral Health America**                                     Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Michigan - 180 Property LLC c/o Marc Realty 75 Remittance Drive, Suite 1852 Chicago, IL 60675-1852** | **Miscellaneous office equipment.** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See Attachment** | **Charitable Grants** | **1/26/18 - 12/31/18** | **$899,100.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    **Certain Payments or Transfers**

| Debtor | Oral Health America | Case number (if known) | |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Swibel Levin & Carroll LLP**<br>**200 W. Madison St.**<br>**Suite 3000**<br>**Chicago, IL 60606** | | **1/25/2019** | **$27,000.00** |
| | Email or website address<br>**foxswibel.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Wagenmaker & Oberly**<br>**53 W. Jackson Blvd., Suite 1734**<br>**Chicago, IL 60604** | | **1/28/2019** | **$15,000.00** |
| | Email or website address<br>**wagenmakerlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Oral Health America**                                                Case number *(if known)*

| Address | | Dates of occupancy From-To |
|---|---|---|

---

**Part 8:**    **Health Care Bankruptcies**

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Donor List**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☑ No Go to Part 10.
   ☐ Yes. Fill in below:

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank** <br> **10 N. Dearborn St.** <br> **Chicago, IL 60603** | **XXXX-1008** | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ■ <br><br> Other **Investment account** | **February 12, 2019** | **$870,597.61** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor    **Oral Health America**                                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage Chicago-West Harrison 707 W. Harrison St Chicago, IL 60607** | **Wagenmaker & Oberly 53 W. Jackson Blvd, Suite 1734 Chicago, IL 60606** | **Archive records prior to 2019** | □ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

□ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **International Association of Student Clinicians American Dental Association PO Box 872 York, PA 17405-0872** | **Held at Chase Bank; see (*) note at next** | **Funds donated and held in connection with SCADA awards;**<br><br>***SCADA claims that these are held in trust for SCADA awards** | **$182,843.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
□   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Oral Health America**                                          Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Vern Broders**<br>**1434 N. Astor Street**<br>**Chicago, IL 60610** | **2013 to 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Legacy Professionals LLP**<br>**4 Westbrook Corporate Center**<br>**Suite 700**<br>**Westchester, IL 60154** | **2014 to 2019** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Andrea Wright, CPA**<br>**c/o JohnsonLambert LLP**<br>**250 S Northwest Hwy**<br>**Ste 340**<br>**Park Ridge, IL 60068** | **August 19, 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Oral Health America**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Paul Winters**<br>**c/o Wagenmaker & Oberly, LLC**<br>**53 W Jackson Blvd**<br>**Ste 1734**<br>**Chicago, IL 60604** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Chase Bank**<br>**10 N. Dearborn St.**<br>**Chicago, IL 60603** |
| 26d.2. | **Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0027** |
| 26d.3. | **State of Arkansas**<br>**Office of the Attorney General**<br>**323 Center**<br>**Suite 200**<br>**Little Rock, AR 72201** |
| 26d.4. | **State of California, Dept. of Justice**<br>**Registry of Charitable Trusts**<br>**P.O. Box 903447**<br>**Sacramento, CA 94203-4470** |
| 26d.5. | **State of Connecticut, Dept. of Consumer**<br>**Protection-Public Charities**<br>**165 Capitol Ave**<br>**Hartford, CT 06106-1630** |
| 26d.6. | **State of Florida, Dept. of Agriculture**<br>**& Consumer Services**<br>**407 S. Calhoun St. First Floor**<br>**Tallahassee, FL 32399-0800** |
| 26d.7. | **State of Hawaii**<br>**Dept. of the Attorney General**<br>**42S Queen St**<br>**Honolulu, HI 96813** |
| 26d.8. | **State of Illinois, Attorney General**<br>**Illinois Charity Bureau Fund**<br>**100 W. Randolph St., 11th Floor**<br>**Chicago, IL 60601-3175** |
| 26d.9. | **State of Kansas, Secretary of State**<br>**120 SW 10th Ave# 1**<br>**Topeka, KS 66612** |
| 26d.10. | **State of Kentucky - Atty General**<br>**700 Capitol Avenue, Suite 118**<br>**Frankfort, KY 40601-3449** |
| 26d.11. | **Commonwealth of Massachusetts**<br>**Office of the Attorney General**<br>**One Ashburton Pl ace**<br>**Boston, MA 02108** |

Debtor    **Oral Health America**                                        Case number *(if known)*

| Name and address |
| --- |

**26d.12.**    **State of Michigan, Dept. of Atty General**
**525 W. Ottawa Street,**
**P.O. Box 30212**
**Lansing, MI 48909**

**26d.13.**    **State of Minnesota**
**Atty General - Charities Division**
**445 Minnesota St., Suite 1200**
**Saint Paul, MN 55101-2130**

**26d.14.**    **State of North Carolina**
**Secretary of State, Charitable Licensing**
**P.O. Box 29622**
**Raleigh, NC 27626-0622**

**26d.15.**    **State of Oregon**
**Charitable Activities Section**
**1515 SW 5th Ave., Suite 410**
**Portland, OR 97201-5451**

**26d.16.**    **State of South Carolina**
**Secretary of State**
**Edgar Brown Building**
**1205 Pendleton Street Suite 525**
**Columbia, SC 29201**

**26d.17.**    **Virginia Department of Agriculture**
**and Consumer Services**
**P.O. Box 526**
**Richmond, VA 23218-0526**

**26d.18.**    **State of West Virginia**
**Secretary of State**
**The State Capitol, Suite 157-K**
**1900 Kanawha Blvd., East**
**Charleston, WV 25305**

**26d.19.**    **State of Wisconsin**
**Division of Banking**
**P.O. Box 7876**
**Madison, WI 53707-7876**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **See Attachment** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor **Oral Health America**        Case number *(if known)* _____

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**See Attachment**

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attachment** | | | |

| Relationship to debtor |
|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **403 (B) Thrift Plan of Oral Health America, America S Fund For Dental Health** | **EIN:  36-2382334** |

Debtor    **Oral Health America**                                Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2020**

**/s/ Fotinos Panagakos**                            **Fotinos Panagakos**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# Oral Health America
# General Ledger Report
### Detail Report by Account: Grants Paid Form 207 Part 4 Page 4

|  | Date | Trans. | Reference | Debit Amount |
|---|---|---|---|---|
| 20-5050-32-17-02 | 01/26/2018 | 211-11 | Aroostook County Act- | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-1 | Board of Regents NSH- | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-17 | Center for Oral Heal- | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-5 | Children's Dental Se- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-21 | Columbia St. Mary's - | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-26 | Community Health Cen- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-33 | Future Smiles- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-38 | Healthy Smiles Mobil- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-9 | Kids In Need of Dent- | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-49 | Kids Smiles, Inc.- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-24 | New York University- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-57 | Oak Park Riverforest- | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-54 | Rutgers University F- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-66 | Santa Barbara Ventur- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-63 | Sprout Oral Health- | $3,750.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-60 | The Los Angeles Trus- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-76 | Virginia Garcia Memo- | $5,000.00 |
| 20-5050-32-17-02 | 01/26/2018 | 211-160 | Tufts University Sch- | $5,000.00 |
| 20-5050-32-17-02 | 03/05/2018 | 263-54 | Texas A & M Universi- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-294 | West Virginia Health- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-298 | Virginia Garcia Memo- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-302 | Board of Regents NSH- | $3,750.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-306 | Tufts University Sch- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-310 | Sprout Oral Health- | $3,750.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-314 | Santa Barbara Ventur- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-318 | Rutgers University F- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-322 | Oak Park Riverforest- | $3,750.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-326 | NOVA Southeastern Un- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-330 | New York University- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-334 | The Los Angeles Trus- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-338 | Kids In Need of Dent- | $3,750.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-342 | Kids Smiles, Inc.- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-346 | Healthy Smiles Mobil- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-350 | Future Smiles- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-354 | Community Health Cen- | $5,000.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-358 | Children's Dental Se- | $5,000.00 |

Addendum to Form 207-Q.9 - Certain Gifts and Charitable Contributions

## Oral Health America
## General Ledger Report

Detail Report by Account: Grants Paid Form 207 Part 4 Page 4

| | Date | Trans. | Reference | Debit Amount |
|---|---|---|---|---|
| 20-5050-32-17-02 | 06/28/2018 | 326-362 | Center for Oral Heal- | $3,750.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-366 | Columbia St. Mary's - | $3,750.00 |
| 20-5050-32-17-02 | 06/28/2018 | 326-370 | Aroostook County Act- | $3,750.00 |
| 20-5050-32-17-02 | 06/29/2018 | 326-435 | Texas A & M Universi- | $5,000.00 |
| 20-5050-32-17-03 | 06/01/2018 | 326-49 | Children's Dental Se- | $3,000.00 |
| 20-5050-32-17-03 | 06/01/2018 | 326-61 | Comprehensive Commun- | $3,000.00 |
| 20-5050-32-17-03 | 09/19/2018 | 395-9 | Healthy Smiles Mobil- | $10,000.00 |
| 20-5050-32-17-03 | 09/19/2018 | 395-13 | Children's Dental Se- | $10,000.00 |
| 20-5050-32-17-03 | 09/19/2018 | 395-17 | Future Smiles- | $10,000.00 |
| 20-5050-38-17-01 | 01/26/2018 | 211-144 | Ronald McDonald Hous- | $10,000.00 |
| 20-5050-38-17-01 | 06/01/2018 | 326-5 | Children's Dental Se- | $22,500.00 |
| 20-5050-38-17-01 | 06/01/2018 | 326-22 | Kids Smiles, Inc.- | $22,500.00 |
| 20-5050-38-17-01 | 06/01/2018 | 326-26 | Board of Regents NSH- | $70,000.00 |
| 20-5050-38-17-01 | 06/01/2018 | 326-41 | KinderSmile Foundati- | $22,500.00 |
| 20-5050-38-17-01 | 06/01/2018 | 326-53 | Oral Health Forum- | $22,500.00 |
| 20-5050-38-17-01 | 06/01/2018 | 326-57 | Arizona Board of Reg- | $22,500.00 |
| 20-5050-38-17-11 | 03/05/2018 | 263-58 | Ronald McDonald Hous- | $10,000.00 |
| 20-5050-38-17-11 | 12/31/2018 | 432-30 | CareMobile Grants 20-Dec 2018 | $120,000.00 |
| 20-5050-38-17-12 | 06/28/2018 | 326-397 | University Hospitals- | $22,500.00 |
| 20-5050-38-17-12 | 08/29/2018 | 360-257 | Oral Health Forum- | $22,500.00 |
| 20-5050-38-17-12 | 09/14/2018 | 388-96 | Arizona Board of Reg- | $22,500.00 |
| 20-5050-38-17-12 | 09/14/2018 | 388-100 | KinderSmile Foundati- | $22,500.00 |
| 20-5050-38-17-12 | 09/14/2018 | 388-104 | Children's Dental Se- | $22,500.00 |
| 20-5050-38-17-12 | 09/14/2018 | 388-108 | Oral Health Forum- | $22,500.00 |
| 20-5050-38-17-12 | 09/14/2018 | 388-112 | Kids Smiles, Inc.- | $22,500.00 |
| 20-5050-38-17-12 | 09/14/2018 | 388-120 | Board of Regents NSH- | $65,000.00 |
| 20-5050-38-17-12 | 10/23/2018 | 395-206 | University Hospitals- | $11,250.00 |
| 20-5050-38-17-12 | 10/22/2018 | 395-196 | University Hospitals- | $11,250.00 |
| 20-5050-38-17-12 | 12/15/2018 | 432-10 | Board of Regents NSH- | $65,000.00 |
| 20-5050-63-17-23 | 02/16/2018 | 213-117 | Minnesota Community - | $5,000.00 |
| 20-5050-63-17-23 | 03/05/2018 | 263-187 | Metropolitan Area Ag- | $5,000.00 |
| 20-5050-63-17-23 | 03/05/2018 | 263-191 | The Research Foundat- | $10,000.00 |
| 20-5050-63-17-23 | 08/03/2018 | 360-150 | Metropolitan Area Ag- | $5,000.00 |
| 20-5050-63-17-23 | 09/21/2018 | 388-255 | Minnesota Community - | $5,000.00 |
| 20-5050-63-17-23 | 12/04/2018 | 418-96 | Metropolitan Area Ag- | $5,000.00 |
| 20-5050-63-17-23 | 12/04/2018 | 418-100 | Prairie State Colleg- | $3,100.00 |
| 20-5050-63-17-25 | 08/03/2018 | 360-146 | The Research Foundat- | $10,000.00 |
| | 01/01/2018 | | | |
| | | | **Total** | **$899,100.00** |

# ORAL HEALTH AMERICA 2019 BOARD OF DIRECTORS

*CHAIR*
George W. Tysowsky, DDS, MPH
Senior Vice President, Technology &
   Professional Relations
**Ivoclar Vivadent, Inc.**
175 Pineview Drive
Amherst, NY 14228

*TREASURER*
Foti Panagakos, DMD, Ph.D
VP of Scientific & Clinical Affairs
**Geistlich Pharma North America**
202 Carnegie Center
Princeton, NJ 08540

Karen Auiler
Chief Operating & Financial Officer
**Aegis Communications, Inc.**
104 Pheasant Run, Suite 105
Newtown, PA 18940

Kevin Barry
Vice President & CFO
**Patterson Companies, Inc.**
1031 Mendota Heights Rd.
St. Paul, MN 55120

David A. Benovy
Vice President of Sales and
Marketing – North America
**Septodont International**
205 Granit Run Dr.; Ste. 150
Lancaster, PA 17601

Marsha Butler, DDS
VP Global Oral Health & Prof. Relations
Colgate-Palmolive
300 Park Ave., Floor 10
New York, NY 10022

Alistair E. Canal
Senior Vice President – Program
Alliances
**Live Oak Bank**
1741 Tiburon Dr.
Wilmington, NC 28403

Jeff Chaffin, DDS, MPH, MBA, MHA
Vice President & Dental Director
**Delta Dental of Iowa**
9000 Northpark Dr.
Johnston, IA 50131

Tara A. Cortes, PhD, RN, FAAN
Executive Director, **The Hartford
Institute for Geriatric Nursing** &
Professor, **NYU College of Nursing**
433 First Ave., 5th Floor
New York, NY 10010

Peggy (Margaret S.) Cottrell
**ProEdge Dental Products, CEO (retired)**
429 Steele Street
Denver, CO 80206

Teresa A. (Terri) Dolan, DDS, MPH
VP, Chief Clinical Officer
**Dentsply Sirona**
Susquehanna Commerce Center
221 W. Philadelphia St. Ste. 60W
York, PA 17405

Cherae Farmer-Dixon, DDS, MSPH, FACD
**Dean, Meharry School of Dentistry**
1005 Dr. D.B. Todd Jr. Blvd.
Nashville, TN 37208

Michele Filiault
Vice President, NA Dental Initiatives
**Henry Schein Dental**
135 Duryea Rd.
Mail Stop E145
Melville, NY 11747

Peggy Fisher
Director of Global Marketing
**A-Dec, Inc.**
2601 Crestview Drive
Newberg, OR 97132

Kathy M. Gaertner
US Business & Marketing Operations Mgr
**3M Oral Care**
3M Center, Bldg 275-02E-3
St. Paul, MN 55144-1000

Leslie E. Grant, DDS
**Past Board Chair, OSAP**
4305 Starview Ct.
Glen Arm, D 21057

David Miller, DDS
**Dr. David E. Miller & Associates**
1218 Sibley Blvd.
Dolton, IL 60419

Eric Shirley
Chief & Commercial Officer
**MIDMARK Corporation**
1700 S. Patterson Blvd.
Suite 400
Dayton, Ohio 45409

Anne Steinbock
Vice President, Sales & Marketing
**Whip Mix Corporation**
361 Farmington Ave.
Louisville, KY 40217

Ex Officio

Beth Truett
President & CEO
**Oral Health America**
927 N Oak Park Ave
Oak Park IL 60302-1323

Vern Broders
Director of Finance and Business
Administration
**Oral Health America**
1434 N Astor St
Chicago IL 60610

**Resigned in Feb 2019**
Patrick J. Ferrillo, Jr., BS, DDS
**President: Intern'l Federation of Dental
Educators & Associations**
Dean (Retired), University of the Pacific, Arthur
A. Dugoni School of Dentistry
1035 N. Dearborn St. Unit 6E
Chicago, IL 60610

**Resigned in Nov 2019**
Karen Leigh Neiner
VP, Corp. Develop.&Prof. Relations
**Hu-Friedy Manufacturing Co., LLC**
President
**Palmero Healthcare, LLC**
3232 N. Rockwell Ave.
Chicago, IL 60618

Updated: 12/17/19

Addendum to Form 207-Q.28 - 2018 Board Members

# ORAL HEALTH AMERICA 2018 BOARD OF DIRECTORS

### *CHAIR*
George W. Tysowsky, DDS, MPH
Senior Vice President, Technology &
  Professional Relations
**Ivoclar Vivadent, Inc.**
175 Pineview Drive
Amherst, NY 14228

### *TREASURER*
Foti Panagakos, DMD, Ph.D
VP of Scientific & Clinical Affairs
**Geistlich Pharma North America**
202 Carnegie Center
Princeton, NJ 08540

Karen Auiler
Chief Operating & Financial Officer
**Aegis Communications, Inc.**
104 Pheasant Run, Suite 105
Newtown, PA 18940

Kevin Barry
Vice President & CFO
**Patterson Companies, Inc.**
1031 Mendota Heights Rd.
St. Paul, MN 55120

David A. Benovy
Vice President of Sales and
Marketing – North America
**Septodont International**
205 Granit Run Dr.; Ste. 150
Lancaster, PA 17601

Marsha Butler, DDS
VP Global Oral Health & Prof. Relations
Colgate-Palmolive
300 Park Ave., Floor 10
New York, NY 10022

Alistair E. Canal
Senior Vice President – Program
Alliances
**Live Oak Bank**
1741 Tiburon Dr.
Wilmington, NC 28403

Jeff Chaffin, DDS, MPH, MBA, MHA
Vice President & Dental Director
**Delta Dental of Iowa**
9000 Northpark Dr.
Johnston, IA 50131

Tara A. Cortes, PhD, RN, FAAN
Executive Director, **The Hartford
Institute for Geriatric Nursing** &
Professor, **NYU College of Nursing**
433 First Ave., 5th Floor
New York, NY 10010

Updated: 12/17/2019

Peggy (Margaret S.) Cottrell
**ProEdge Dental Products, CEO (retired)**
429 Steele Street
Denver, CO 80206

Teresa A. (Terri) Dolan, DDS, MPH
VP, Chief Clinical Officer
**Dentsply Sirona**
Susquehanna Commerce Center
221 W. Philadelphia St. Ste. 60W
York, PA 17405

Cherae Farmer-Dixon, DDS, MSPH, FACD
**Dean, Meharry School of Dentistry**
1005 Dr. D.B. Todd Jr. Blvd.
Nashville, TN 37208

Patrick J. Ferrillo, Jr., BS, DDS
**President: Intern'l Federation of Dental
Educators & Associations**
Dean (Retired), University of the Pacific, Arthur
A. Dugoni School of Dentistry
1035 N. Dearborn St. Unit 6E
Chicago, IL 60610

Michele Filiault
Vice President, NA Dental Initiatives
**Henry Schein Dental**
135 Duryea Rd.
Mail Stop E145
Melville, NY 11747

Peggy Fisher
Director of Global Marketing
**A-Dec, Inc.**
2601 Crestview Drive
Newberg, OR 97132

Kathy M. Gaertner
US Business & Marketing Operations Mgr
**3M Oral Care**
3M Center, Bldg 275-02E-3
St. Paul, MN 55144-1000

Leslie E. Grant, DDS
**Past Board Chair, OSAP**
4305 Starview Ct.
Glen Arm, D 21057

David Miller, DDS
**Dr. David E. Miller & Associates**
1218 Sibley Blvd.
Dolton, IL 60419

Karen Leigh Neiner
VP, Corp. Develop.&Prof. Relations
**Hu-Friedy Manufacturing Co., LLC**
President
**Palmero Healthcare, LLC**
3232 N. Rockwell Ave.
Chicago, IL 60618

Eric Shirley
Chief & Commercial Officer
**MIDMARK Corporation**
1700 S. Patterson Blvd.
Suite 400
Dayton, Ohio 45409

Anne Steinbock
Vice President, Sales & Marketing
**Whip Mix Corporation**
361 Farmington Ave.
Louisville, KY 40217

Keith Suchy, DDS
**Drs. Sullivan and Suchy Ltd.**
1200 High Ridge Parkway
Westchester, Illinois 60154

### Ex Officio

Beth Truett
President & CEO
**Oral Health America**
927 N Oak Park Ave
Oak Park IL 60302-1323

Vern Broders
Director of Finance and Business
Administration
**Oral Health America**
1434 N Astor St
Chicago IL 60610

Addendum to Form 207-Q.30 - Payments, distributions, or withdrawals credited or given to insiders

| | Payroll 1/1/2019 to 12/31/2019 | Out-of-Pocket Expense Reim-bursements | Total |
|---|---|---|---|
| Beth Truett     927 N Oak Park Ave, Oak Park IL 60302 | $ 26,438.15 | $296.87 | $   26,735.02 |
| President & CEO | | | |
| | | | |
| Vern Broders    1434 N Astor St, Chicago IL 60610 | $ 31,076.23 | $   33,939.10 | $   65,015.33 |
| Director of Finance & Business Administration | | | |

| Date | Description | Amount | Pay Type |
|---|---|---|---|
| **Beth Truett** | | | |
| 2/4/2019 | Reimb. - Trip to Present to Delta Dental Plans Assoc 1/13 - 1/15/2019 | $71.87 | Check 20606 |
| 2/21/2019 | Refund OHA Flexible Spending Plan Withholding January 2019 | $225.00 | Check 15403 |
| | | $296.87 | |
| **Vern Broders** | | | |
| 2/21/2019 | Refund OHA Flexible Spending Plan Withholding January 2019 | $    225.00 | Check 15400 |
| 2/27/2019 | Reimb. - OHA expenses on VB personal credit card | $  2,781.20 | Check 15405 |
| 3/25/2019 | Accounting Services : Independent Contractor | $  2,407.21 | ACH_PAYMENT |
| 4/24/2019 | Accounting Services : Independent Contractor | $  4,811.54 | ACH_PAYMENT |
| 5/20/2019 | Accounting Services : Independent Contractor | $  1,888.13 | ACH_PAYMENT |
| 8/27/2019 | Accounting Services : Independent Contractor | $  3,022.50 | ACH_PAYMENT |
| 11/1/2019 | Accounting Services : Independent Contractor | $  9,555.00 | ACH_PAYMENT |
| **1/28/2020** | Accounting Services : Independent Contractor | $ **11,848.88** | ACH_PAYMENT |
| | | $ **36,539.46** | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Oral Health America**
Debtor(s)

Case No.
Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **27,000.00** |
| Prior to the filing of this statement I have received | $ | **22,282.72** |
| Balance Due | $ | **4,717.28** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See attached addendum.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 14, 2020**
*Date*

**/s/ N. Neville Reid**
**N. Neville Reid**
*Signature of Attorney*
**Fox Swibel Levin & Carroll LLP**
**200 W. Madison St.**
**Suite 3000**
**Chicago, IL 60606**
**(312) 224-1200**
**nreid@foxswibel.com**
*Name of law firm*

---

Addendum to Form 2030 Compensation Statement of Attorney for the Debtor:


Fox Swibel Levin & Carroll LLP was retained to provide general restructuring and related legal advice,  beyond mere preparation of a bankruptcy petition.  Accordingly, the retainer amount shown here was applied to all such legal services provided and not just for preparation of the petition and schedules herein.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Oral Health America**

Case No.

Debtor(s)

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      **67**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 14, 2020**

**/s/ Fotinos Panagakos**
**Fotinos Panagakos/Treasurer**
Signer/Title

A.G. Kaffes & Associates LLC
1909 Q Street NW, Suite 400
Washington, DC 20009


Arizona Board of Regents, Universit
Cochise Cty. Cooperative Extension
1140 N. Colombo Ave.
Sierra Vista, AZ 85635


Arkadin, Inc.
Attn: Accounts Receivable
P.O. Box 347261
Pittsburgh, PA 15251


Better Business Bureau
330 N. Wabash Ave. Ste. 3120
Chicago, IL 60611


Blackbaud, Inc.
P.O. Box 930256
Atlanta, GA 31193


Board of Regents NSHE
4505 Maryland Parkway, Box 451055
Las Vegas, NV 89155


Chase Bank
10 N. Dearborn St.
Chicago, IL 60603


Child Care Exchange
Dimensions Educational Research Fdn
7700 A Street
Lincoln, NE 68510


Children's Dental Services
636 Broadway St. , NE
Minneapolis, MN 55413


Children's Leadership Council
1200 18th ST. NW Suite 400
Washington, DC 20036

Collier Health Services Inc.,
BDA Healthcare Network of SWFL
3555 Kraft Road, Suite 100
Naples, FL 34105


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


Crescendo Interactive, Inc.
110 Camino Ruiz
Camarillo, CA 93012


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197


Cyndi Schu
5633 N. Prospect Ave.
Chicago, IL 60631


De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602


DiMeo Schneider & Asscociates, LLC
Attn: Accounts Receivable
500 W. Madison St., Suite 1700
Chicago, IL 60661


Entara Corporation
190 S. LaSalle St., Suite 3800
Chicago, IL 60603


Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143


Frost Chicago
830 W. 40th Street
Chicago, IL 60609


Future Smiles
3074 Arville Street
Las Vegas, NV 89102

```
Healthy Smiles Mobile
Dental Foundation
4186 West Swift Ave., #108
Fresno, CA 93722


Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601


Innovative Neworks LLC
55 East Jackson Blvd. Ste 415
Chicago, IL 60604


iWave
28 Hillstrom Avenue
Charlottetown, PE
Canada C1E 2C5


Key Analytics and Consulting, LLC
P.O. Box 357724
Gainesville, FL 32635


Kids Smiles, Inc.
512 Township Line Road
3 Valley Square Suite 301
Blue Bell, PA 19422


Kids Smiles, Inc.
512 Township Line Road
3 Valley Square Suite 301
Blue Bell, PA 19422


KinderSmile Foundation
10 Broad Street
Bloomfield, NJ 07003


Konica/Minolta
DLL Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Liz Kelly
3647 N. Bosworth Ave.
Chicago, IL 60613
```

Lori Gross
9725 S. Pulaski Rd.
Evergreen Park, IL 60805


Marketing for Change Co.
117 S. Gadsden Street
Tallahassee, FL 32301


Matthew Warren
5410 W. Main St.
P.O. Box 261
Monee, IL 60449


Metropolitan Area Agency on Aging
2365 North McKnight Road
Saint Paul, MN 55109


Michigan - 180 Property LLC
c/o Marc Realty
75 Remittance Drive, Suite 1852
Chicago, IL 60675-1852


Michigan - 180 Property LLC
c/o Marc Realty
75 Remittance Drive, Suite 1852
Chicago, IL 60675-1852


Morgan Birge & Associates, Inc.
119 West Hubbard Street, Suite 4W
Chicago, IL 60654


Oral Health Forum
P.O. Box 35129
Elmwood Park, IL 60707


Paramount Technologies, Inc.
1374 East West Maples Road
Walled Lake, MI 48390-3765


Pitney Bowes
Global Financial Services LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

Prairie State College, Dental Hygie
202 S. Halsted Street
Chicago Heights, IL 60411


Premier Print Group
3104 Farber Drive
Champaign, IL 61822


ReadyRefresh by Nestle
P.O. Box 856680
Louisville, KY 40285


Reliance Standard Life Insurance Co
P.O. Box 3124
Southeastern, PA 19398-3125


RMHC of Bismarck, ND
Care Mobile of North Dakota
P.O. Box 7323
Bismarck, ND 58507


Ronald McDonald House
Charities of Arkansas
1501 W. 10th St.
Little Rock, AR 72202


Ronald McDonald House
Charities Bay Area
520 Sand Hill Road
Palo Alto, CA 94304


Ronald McDonald House
Charities in Omaha, Inc.
620 South 38th Avenue
Omaha, NE 68105


Ronald McDonald House
Charities of Eastern New England
3 Industrial Drive, Unit 6
Windham, NH 03087


Ronald McDonald House
Charities of Greater Las Vegas
2323 Postosi Street
Las Vegas, NV 89146

Ronald McDonald House
Charities of Greater Houston/Galves
2525 Robinhood, Suite 1100
Houston, TX 77005


Ronald McDonald House
Charities Burlington, VT
16 South Winooski Avenue
Burlington, VT 05401


Ronald McDonald House Charities
110 N. Carpenter St.
Chicago, IL 60607


Root & Stem Catering & Events
2941 Fairview Park Drive #110
Falls Church, VA 22042


Soldier Field/SMG
1411 Museum Campus Drive Gate 14
Chicago, IL 60605


St. Christopher's Foundation for
Children Community Oral Health Init
1800 JFK Blvd., Suite 1550
Philadelphia, PA 19103


The Hartford
P.O. Box 660916
Dallas, TX 75266


The Research Foundation for the
State of New York
P.O. Box 9
Albany, NY 12201-0009


Titus Talent Strategies, LLC
P.O. Box 88941
Milwaukee, WI 53288-0942


United States Postal Service
PO Box 4330
Chicago, IL 60680-4330

University Hospitals Cleveland Med
Rainbow Babies & Childrens Hospital
11100 Euclid Ave., M/S MCCO-5062
Cleveland, OH 44106


University Hospitals Health System
RB&CH - 11100 Euclid Avenue
Mailstop MCCO-5062
Cleveland, OH 44106


Vern Broders
1434 N. Astor Street
Chicago, IL 60610


Veronica Wellons
9041 S. Harvard
Chicago, IL 60620


Wagenmaker & Oberly
53 W. Jackson Blvd., Suite 1734
Chicago, IL 60604


Worldwide Express
29228 Network Place
Chicago, IL 60673

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Oral Health America**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oral Health America**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 14, 2020**

Date

**/s/ N. Neville Reid**

**N. Neville Reid**

Signature of Attorney or Litigant

Counsel for   **Oral Health America**

**Fox Swibel Levin & Carroll LLP**
**200 W. Madison St.**
**Suite 3000**
**Chicago, IL 60606**
**(312) 224-1200**
**nreid@foxswibel.com**