**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ORAL HEALTH AMERICA | ) | Case No. 20-4264 |
| | ) | |
| Debtor. | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | Hearing Date:  December 14, 2020 |
| | ) | Hearing Time: 1:00 p.m. |

## NOTICE OF APPLICATION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Monday, December 14, 2020 at 1:00 p.m.**, we shall appear before the Honorable Timothy Barnes, or any judge sitting in that judge's place, and present the attached **Trustee's Application to Retain Accountants**, a copy of which is attached and served upon you.

**This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted.** To appear and be heard on the motion, you must do the following:

**To appear by the Zoom platform,** use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 329 5276**. The password is **433658**. The meeting ID, password, and further information can also be found on Judge Barnes' web page on the court's web site.

**If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing**.

Dated: November 23, 2020  Respectfully submitted,

RONALD R. PETERSON not individually but as chapter 7 case trustee for the bankruptcy estate of ORAL HEALTH AMERICA.


By: */s/ Ronald R. Peterson*
　　Ronald R. Peterson

Ronald R. Peterson (2188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone 312-840-7812
Facsimile: 312-840-7895
RPeterson@jenner.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2020, Ronald R. Peterson caused a copy of the **Trustee's Application to Retain Accountants** and the related **Notice of Application** to be served upon the attached Service List by the Court's ECF filing system or by first class U.S. mail, postage prepaid, as indicated.

*/s/ Ronald R. Peterson*
Ronald R. Peterson

# SERVICE LIST
## (20-4264)

**By ECF Notification:**

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Peter C. Wolk**
- **Ronald R Peterson**   rpeterson@jenner.com, rpeterson@ecf.axosfs.com;docketing@jenner.com
- **N. Neville Reid**   nreid@foxswibel.com, bkdocket@foxswibel.com
- **Scott N. Schreiber**   sschreiber@clarkhill.com, blambert@clarkhill.com

**By U.S. Mail:**

| | |
|---|---|
| A.G. Kaffes & Associates LLC<br>1909 Q Street NW, Suite 400<br>Washington, DC 20009-1050 | Arizona Board of Regents, University<br>Cochise Cty. Cooperative Extension<br>1140 N. Colombo Ave.<br>Sierra Vista, AZ 85635-2390 |
| Arkadin, Inc.<br>Attn: Accounts Receivable<br>P.O. Box 347261<br>Pittsburgh, PA 15251-4261 | Better Business Bureau<br>330 N. Wabash Ave., Ste. 3120<br>Chicago, IL 60611-7693 |
| Blackbaud, Inc.<br>P.O. Box 930256<br>Atlanta, GA 31193-0256 | Board of Regents NSHE<br>4505 Maryland Parkway, Box 451055<br>Las Vegas, NV 89155-0001 |
| CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | Chase Bank<br>10 N. Dearborn St.<br>Chicago, IL 60602-4276 |
| Child Care Exchange<br>Dimensions Educational Research Fdn<br>7700 A Street<br>Lincoln, NE 68510-4206 | Children's Dental Services<br>636 Broadway St. , NE<br>Minneapolis, MN 55413-2151 |
| Children's Leadership Council<br>1200 18th ST. NW, Suite 400<br>Washington, DC 20036-2527 | Collier Health Services Inc.,<br>BDA Healthcare Network of SWFL<br>3555 Kraft Road, Suite 100<br>Naples, FL 34105-5039 |

| | |
|---|---|
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Crescendo Interactive, Inc.<br>110 Camino Ruiz<br>Camarillo, CA 93012-6700 |
| Cyndi Schu<br>5633 N. Prospect Ave.<br>Chicago, IL 60631-2927 | De Lage Landen Financial<br>Attn: Litigation & Recovery<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 |
| DiMeo Schneider & Asscociates, LLC<br>Attn: Accounts Receviable<br>500 W. Madison St., Suite 1700<br>Chicago, IL 60661-2567 | Entara Corporation<br>190 S. LaSalle St., Suite 3800<br>Chicago, IL 60603-3432 |
| Euclid Managers<br>234 Spring Lake Drive<br>Itasca, IL 60143-3202 | Fox Swibel Levin & Carroll, LLP<br>200 W. Madison St., Suite 3000<br>Chicago, IL 60606-3417 |
| Frost Chicago<br>830 W. 40th Street<br>Chicago, IL 60609-2501 | Future Smiles<br>3074 Arville Street<br>Las Vegas, NV 89102-7490 |
| Healthy Smiles Mobile Dental Foundation<br>4186 West Swift Ave., #108<br>Fresno, CA 93722-6322 | Illinois Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601-3271 |
| Innovative Neworks LLC<br>55 East Jackson Blvd. Ste. 415<br>Chicago, IL 60604-4307 | Key Analytics and Consulting, LLC<br>P.O. Box 357724<br>Gainesville, FL 32635-7724 |
| Kids Smiles, Inc.<br>512 Township Line Road<br>3 Valley Square Suite 301<br>Blue Bell, PA 19422-2735 | KinderSmile Foundation<br>10 Broad Street<br>Bloomfield, NJ 07003-2524 |
| Konica/Minolta<br>DLL Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604-2027 |
| Liz Kelly<br>3647 N. Bosworth Ave.<br>Chicago, IL 60613-3603 | Lori Gross<br>9725 S. Pulaski Rd.<br>Evergreen Park, IL 60805-2929 |

| | |
|---|---|
| Marketing for Change Co.<br>117 S. Gadsden Street<br>Tallahassee, FL 32301-1525 | Matthew Warren<br>5410 W. Main St.<br>P.O. Box 261<br>Monee, IL 60449-0261 |
| Metropolitan Area Agency on Aging<br>2365 North McKnight Road<br>Saint Paul, MN 55109-2264 | Michigan - 180 Property LLC<br>c/o Marc Realty<br>75 Remittance Drive, Suite 1852<br>Chicago, IL 60675-1852 |
| Morgan Birge & Associates, Inc.<br>119 West Hubbard Street, Suite 4W<br>Chicago, IL 60654-4526 | Oral Health America<br>2655 Millersport Hwy<br>PO Box 865<br>Getzville, NY 14068-0865 |
| Oral Health Forum<br>P.O. Box 35129<br>Elmwood Park, IL 60707-0129 | Paramount Technologies, Inc.<br>1374 East West Maples Road<br>Walled Lake, MI 48390-3765 |
| Pitney Bowes<br>Global Financial Services LLC<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Inc.<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 |
| Prairie State College, Dental Hygie<br>202 S. Halsted Street<br>Chicago Heights, IL 60411-8226 | Premier Print Group<br>3104 Farber Drive<br>Champaign, IL 61822-1074 |
| RMHC of Bismarck, ND<br>Care Mobile of North Dakota<br>P.O. Box 7323<br>Bismarck, ND 58507-7323 | Ready Refresh by Nestle<br>P.O. Box 856680<br>Louisville, KY 40285-6680 |
| N. Neville Reid<br>Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606-3417 | Reliance Standard Life Insurance Co<br>P.O. Box 3124<br>Southeastern, PA 19398-3124 |
| Ronald McDonald House<br>Charities Bay Area<br>520 Sand Hill Road<br>Palo Alto, CA 94304-2001 | Ronald McDonald House<br>Charities of Eastern New England<br>3 Industrial Drive, Unit 6<br>Windham, NH 03087-2014 |

| | |
|---|---|
| Ronald McDonald House<br>Charities of Greater Houston/Galves<br>2525 Robinhood, Suite 1100<br>Houston, TX 77005-2573 | Ronald McDonald House<br>Charities of Greater Las Vegas<br>2323 Postosi Street<br>Las Vegas, NV 89146-3344 |
| Ronald McDonald House Charities<br>110 N. Carpenter St.<br>Chicago, IL 60607-4106 | Ronald McDonald House of Charities of Bismar<br>Kathy Keiser for RMHC of Bismarck<br>PO Box 7323<br>Bismarck, ND 58507-7323 |
| Root & Stem Catering & Events<br>2941 Fairview Park Drive #110<br>Falls Church, VA 22042-4526 | Scott N. Schreiber<br>Clark Hill PLC<br>130 E. Randolph St., Suite 3900<br>Chicago, IL 60601-6317 |
| Soldier Field/SMG<br>1411 Museum Campus Drive Gate 14<br>Chicago, IL 60605 | St. Christopher's Foundation for<br>Children Community Oral Health Init<br>1800 JFK Blvd., Suite 1550<br>Philadelphia, PA 19103-7416 |
| The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | The Research Foundation for the State of New York<br>P.O. Box 9<br>Albany, NY 12201-0009 |
| Titus Talent Strategies, LLC<br>P.O. Box 88941<br>Milwaukee, WI 53288-0942 | United States Postal Service<br>PO Box 4330<br>Chicago, IL 60680-4300 |
| University Hospitals Cleveland Med<br>Rainbow Babies & Childrens Hospital<br>11100 Euclid Ave., M/S MCCO-5062<br>Cleveland, OH 44106-1716 | University Hospitals Health System<br>RB&CH<br>11100 Euclid Avenue<br>Mailstop MCCO-5062<br>Cleveland, OH 44106-1716 |
| Vern Broders<br>1434 N. Astor Street<br>Chicago, IL 60610-1615 | Veronica Wellons<br>9041 S. Harvard<br>Chicago, IL 60620-1455 |
| Wagenmaker & Oberly<br>53 W. Jackson Blvd., Suite 1734<br>Chicago, IL 60604-3712 | Peter C. Wolk<br>Law Office of Peter C. Wolk<br>1735 20th Street, NW<br>Washington, DC 20009 |

| | |
|---|---|
| Worldwide Express<br>29228 Network Place<br>Chicago, IL 60673-1292 | iWave<br>28 Hillstrom Avenue<br>Charlottetown, PE<br>Canada C1E 2C5 |
| SCADA<br>1735 20th Street NW<br>Washington, DC 20009 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ORAL HEALTH AMERICA | ) | Case No. 20-4264 |
| | ) | |
| Debtor. | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | Hearing Date: December 14, 2020 |
| | ) | Hearing Time: 1:00 p.m. |

### APPLICATION TO RETAIN ACCOUNTANTS

Ronald R. Peterson, not individually but as Chapter 7 Trustee (the "Trustee") for the estate of Oral Health America (the "Debtor") pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, respectfully requests that the Court enter an Order authorizing him to retain Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. as his accountants. In support of this Motion, the Trustee relies on the Affidavit of Alan D. Lasko, a copy of which is attached hereto as <u>Exhibit A</u>, and further states:

### JURISDICTION

1.  The Court has jurisdiction to consider and determine this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief sought in this Application are sections 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## INTRODUCTION

3. On February 14, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code. Thereafter, the Trustee was appointed.

4. During his administration of this estate, the Trustee has sold assets. (*See* Dkts. 12, 13.) As a result, the estate will be required to file a tax return to close the estate. The Trustee wishes to retain Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. to act as his accountants for purposes of preparing all necessary tax returns and performing all other financial and accounting services which may be necessary to properly represent the estate.

## REQUEST FOR RELIEF

5. By this Application, the Trustee seeks authority to retain Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. to act as his accountants for purposes of preparing all necessary tax returns and performing all other financial and accounting services which may be necessary to properly represent the estate.

6. Alan D. Lasko will be the partner in charge of this matter. As set forth in Mr. Lasko's Affidavit, neither Mr. Lasko nor the firm of Alan D. Lasko & Associates, P.C. represents any parties or holds any interests which would be adverse to the estate and both are disinterested persons.

6. Based on the foregoing, the Trustee submits that approval of the retention of Mr. Lasko and Lasko & Associates, P.C. is necessary and appropriate under the circumstances of this case, and is in the best interest of the bankruptcy estate and creditors. Mr. Lasko and Lasko & Associates, P.C. will apply to this Court for final approval of all compensation and reimbursement of expenses incurred in connection with their services provided to the estate.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order authorizing the Trustee to retain Alan D. Lasko and the firm of Alan D. Lasko & Associates, P.C., to act as his accountants in this case, and granting such other relief as may be just.

Dated: November 23, 2020

Respectfully submitted,

RONALD R. PETERSON not individually but as chapter 7 case trustee for the bankruptcy estate of ORAL HEALTH AMERICA.

By: */s/ Ronald R. Peterson*
    Ronald R. Peterson

Ronald R. Peterson (2188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654
Telephone 312-840-7812
Facsimile: 312-840-7895
RPeterson@jenner.com

# **EXHIBIT A**

**Lasko Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT OF ACCOUNTANT

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | Oral Health America |
| | ) | BK #   20 B 04264 |
| COUNTY OF COOK | ) | |

Alan D. Lasko, being first duly sworn on oath, deposes and states as follows:

1. He is a Certified Public Accountant licensed by the State of Illinois.
2. He conducts business under the name of Alan D. Lasko & Associates, P.C., 205 West Randolph Street, Suite 1150, Chicago, Illinois 60606.
3. To the best of his knowledge, neither he nor any associate of his Firm is a creditor of the Estate, or has or represents an interest adverse to or has connections with the Debtor, its Creditors, or any other party in interest of the Estate, the United States Trustee or any persons employed in the office of the United States Trustee.
4. To the best of his and his Firm's knowledge, applicant is a disinterested person within the meaning of 11 U.S.C./101(14).
5. He has represented the Trustee in connection with other estates in which he has been appointed.
6. He proposes to perform the following accounting services for the Trustee:
   a. Preparation of necessary income tax returns.
   b. Such other matters, as the Trustee deems necessary.
7. He is experienced in matters of this nature.
8. He proposes to perform the above-described accounting services at the following table of usual and customary rates charged by his Firm, staff accountants and bookkeepers.

**FURTHER AFFAINT SAYETH NOT**            _____
                                          Alan D. Lasko

Subscribed and Sworn to before me this
27th day of October, 2020.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES.05/26/24

## ATTACHMENT TO AFFIDAVIT FOR ORDER APPROVING
## EMPLOYMENT OF ALAN D. LASKO & ASSOCIATES, P.C.
## AS ACCOUNTANTS

The Estate desires to employ Alan D. Lasko & Associates, P.C. as accountants pursuant to Section 327 of the Bankruptcy Code. The professional services to be rendered by Alan D. Lasko & Associates, P.C. are as follows:

- Preparation of necessary income tax returns.
- Such other matters as the Trustee deems necessary.

Alan D. Lasko & Associates, P.C. intends to submit a fee petition to the Estate for services rendered based upon actual hours spent and agreed-upon rates as listed in the enclosed schedule, plus actual out-of-pocket expenses including ground transportation, telephone and report reproduction. Alan D. Lasko & Associates, P.C. requests payment of its petition based upon the foregoing rates, plus reimbursement of actual expenses incurred, such payment to be made pursuant to interim or final allowances of compensation to be fixed by the Court. Proper application will be made to the Court in support of said time and payments.

The following hourly rates will be in effect for specific personnel:

| Position | Low | | High |
|---|---:|:---:|---:|
| **Owner** | $290.00 | - | $320.00 |
| **Tax Manager** | 290.00 | - | 320.00 |
| **Accounting Manager/Director** | 290.00 | - | 320.00 |
| **Tax Supervisor** | 190.00 | - | 290.00 |
| **Tax Senior** | 140.00 | - | 190.00 |
| **Accounting Supervisor** | 190.00 | - | 290.00 |
| **Accounting Senior** | 140.00 | - | 190.00 |
| **Assistants** | 65.00 | - | 140.00 |

3